UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASCENT PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DRUG ENFORCEMENT ADMINISTRATION, <br><br> Defendant. | Civ. No. 2:23-cv-07211 (GRB) (ARL) <br><br> **PLAINTIFF ASCENT PHARMACEUTICALS, INC.'S NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Ascent Pharmaceuticals, Inc., by and through its undersigned counsel of record, hereby gives notice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) of voluntary dismissal of its claims in the above-captioned action, without prejudice, against Defendant U.S. Drug Enforcement Administration.

Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) provides that a notice of voluntary dismissal may be granted, without court order, "before the opposing party serves either an answer or a motion for summary judgment." Defendant has not served an answer or a motion for summary judgment with respect to Plaintiff's claims.

Dated: New York, New York
      October 2, 2023

Respectfully submitted,

**WALDEN MACHT & HARAN LLP**

/s/ *Jim Walden*
Jim Walden
250 Vesey Street, 27th Floor
New York, New York 10281
Tel.: (212) 335-2030
jwalden@wmhlaw.com

*Attorney for Plaintiff Ascent Pharmaceuticals, Inc.*